AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

JOHN C. PERRY, M.D., and TEDDY BEAR
OBSTETRICS & GYNECOLOGY, P.S.,
                           Plaintiffs,

v.

THOMAS M. RADO, M.D., et al.,

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-07-5001-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that:

Plaintiffs' antitrust claim is DISMISSED with prejudice, the remaining state law claims are DISMISSED without prejudice to their reassertion in state court and this action is hereby DISMISSED pursuant to the Order Granting Motion to Dismiss (Ct. Rec. 13) filed on May 24, 2007.

| Cora Vargas | JAMES R. LARSEN |
|---|---|
| *Date* | *Clerk* |
| | s/ Cora Vargas |
| | *(By) Deputy Clerk* |
| | Cora Vargas |